■ In the Matter of NATHAN WERTER, Appellant, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion to dismiss granted unless the record is filed by the petitioner on or before October 8 and be ready for argument at the November Term. The record must include the return in the form in which it has been filed by respondent. The petitioner may upon the argument raise such question as may be available as to the insufficiency of the return of the respondent. Cross motion for the trial of a purported issue of fact denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN BRANTON, Appellant, v. J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Application is dismissed, without costs.

■ (A) In the Matter of the Claim of ETTA K. SAWTELL, Respondent, v. COLUMBIA BOX BOARD MILLS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of PAUL BURLEY, Appellant, v. AMERICAN LOCOMOTIVE COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motion for permission to appeal to the Court of Appeals denied, without costs.

■ In the Matter of the Claim of ROSE MCKEON, Appellant, v. CITY OF NEW YORK, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to reargue or in the alternative to appeal to the Court of Appeals denied, without costs.

■ RED APPLE REST, INC., et al., Plaintiffs, v. J. BURCH MCMORRAN, as Superintendent of Public Works of the State of New York, Defendant.— Motion for permission to reargue or in the alternative to appeal to the Court of Appeals denied, without costs.

■ In the Matter of the Claim of LAWRENCE J. PURPURA, Respondent, v. CHICAGO PNEUMATIC TOOL CO., Appellant, and MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion granted, fee fixed at $150.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM WHEELER, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. The County Clerk of Clinton County is hereby ordered to furnish appellant, without charge, a typewritten copy of the transcript of testimony taken on the hearing in March, 1962 before Hon. HAROLD SODEN in a habeas corpus proceeding. (Judiciary Law, § 302, as amd. by L. 1962, ch. 889.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD A. PORTER, JR., Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Thomas H. Brown, Esq., attorney at law, 100 State Street, Albany, N. Y., is hereby appointed as counsel on the appeal.